LETITIA BONTA and Others, Respondents, v. FRANK HEMSTREET, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ALBERT W. KAUFFMANN, Respondent, v. WILLIAM P. JENKS and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

489 PARK AVENUE, INC., Appellant, v. LOUIS J. EHRET HOLDING CORPORATION, Respondent, Impleaded with Others, Defendants.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of GEORGE BARBER and MARY SCHEUBLE, Executors of the Last Will and Testament of CHRISTIAN SPECK, Deceased.— Decree affirmed, with costs. No opinion Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; Martin and O'Malley, JJ., dissent and vote for modification by allowing full commissions to George Barber.

ANTONIO A. BRIMO, Appellant, v. THEODORE REVILLON and Others, Respondents. — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ. [139 Misc. 416.]

IDA FARBER, Respondent, v. JACOB FARBER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MORITZ EHRENREICH, Respondent, v. JOSEPH J. BERKOWITZ, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SARAH EHRENREICH, Respondent, v. JOSEPH J. BERKOWITZ, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

F. R. TRIPLER & Co., INC., Appellant, v. BERNARD WEATHERILL, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MAYER MESSINGER'S CLOAKS & SUITS, INC., Respondent, v. C. & L. LUNCH Co., INC., Appellant.— Order affirmed, without costs, upon condition that the parties proceed to trial of the issues in plaintiff's action for a declaratory judgment immediately upon the date to be fixed by the order of affirmance herein. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

IDA ROTHMAN, Respondent, v. THE CITY OF NEW YORK, Appellant.*— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

HIRSCH CAHN and JACOB CAHN, Appellants, v. THE NATIONAL CITY BANK OF NEW YORK, Respondent.— Order modified as indicated in order and as so modified affirmed, without costs. No opinion. The verified bill of particulars to be served within ten days from service of order. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JOHN HOFFMAN, Respondent, v. THEODORE SANDERS, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

*Appeal dismissed, 259 N. Y. 663.